IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARY KERL,

                    Plaintiff,

          vs.

UNUM LIFE INSURANCE COMPANY OF
AMERICA,

                    Defendant.

**8:22CV237**

**ORDER OF DISMISSAL**

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice.  Filing No. 11.  The Court finds that such dismissal is warranted.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that this action be dismissed with prejudice, each party to pay their own costs and attorneys' fees.

Dated this 22nd day of November, 2022.

                              BY THE COURT:

                              s/ Joseph F. Bataillon
                              Senior United States District Judge